No. 1210.   TAMESA  v.  UNITED  STATES.   June  18, 1945.

No. 110.   CHASE SECURITIES CORP., NOW KNOWN AS AMEREX HOLDING CORP., v. DONALDSON ET AL.   June 18, 1945.   MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Ante,* p. 304.

No. 446.   AMBASSADOR, INC. ET AL. v. UNITED STATES ET AL.   June 18, 1945.   MR. JUSTICE ROBERTS, MR. JUSTICE BLACK, and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Ante,* p. 317.

No. 1208.   MAYS v. BURGESS ET AL.   June 18, 1945. MR. JUSTICE ROBERTS, MR. JUSTICE REED, and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 661, October Term, 1934.   AWOTIN v. ATLAS EXCHANGE NATIONAL BANK.   See *ante,* p. 843.

No. 663.   UNITED STATES ET AL. v. CAPITAL TRANSIT Co. ET AL.   June 18, 1945.   The petitions for rehearing and the petition for a modification of the opinion are denied.   *Ante,* p. 357.

No. 815.   SECURITIES & EXCHANGE COMMISSION v. OKIN.   See *ante,* p. 843.

No. 950.   SUPERIOR COAL Co. v. COMMISSIONER OF INTERNAL REVENUE.   June 18, 1945.   The motion for leave to file petition for rehearing is denied for want of jurisdiction.   *R. Simpson & Co.* v. *Commissioner,* 321 U. S. 225. 324 U. S. 864.